UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

WILLIAM LAWRENCE,

    Plaintiff,

v.                                                                CASE NO.

ACE AMERICAN
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW Defendant, ACE AMERICAN INSURANCE COMPANY ("ACE"), a foreign corporation, and hereby gives Notice of Removal of a civil action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. §§ 1441, 1446 and 28 U.S.C. § 1332(a), and Rule 4.02, Local Rules, M.D. Fla.; in support thereof, Defendant states as follows:

1. On or about, August 10, 2016, Plaintiff, WILLIAM LAWRENCE, filed suit against ACE, UNITED SERVICES AUTOMOBILE ASSOCIATION (hereinafter "USAA"), and BENJAMIN WINTERSTEEN (hereinafter "Wintersteen") in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, where the action was pending under Case Number: 16-CA-007528 as captioned above seeking a declaratory judgment regard coverage under an insurance Policy issued by ACE to Jacobs Technology Inc. ("Jacobs").

2. On September 28, 2016, ACE removed the case to the Federal Middle District of Florida, Tampa Division and the case was assigned the case number 8:16-cv-2765-T-17TBM. *See Middle District of Florida Case no. 8:16-cv-2765-T-17TBM, DE 1.*

3. Contemporaneously, ACE filed a Motion to Dismiss the suit. *See Middle District of Florida Case no. 8:16-cv-2765-T-17TBM, DE 3.*

4. Prior to a ruling on the Motion to Dismiss, Lawrence filed a Notice of Voluntary Dismissal and the Court dismissed the case without prejudice. *DE 6-7.*

5. On or about March 1, 2018, Plaintiff filed a completely new cause of action for declaratory judgment against ACE via a second amended Complaint in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, where the action is now pending under Case Number: 15-CA-004398[1]. This case number was previously associated with a negligence action brought by LAWRENCE against WINTERSTEEN wherein the parties entered into a consent judgment upon which a final judgment was entered. *See Composite Exhibit 'A.'* ACE has never been sued in the underlying matter and the declaratory judgment action is an entirely new cause of action.

6. On March 5, 2018, LAWRENCE forwarded the Summons and Second Amended Complaint to the Chief Financial Officer of the State of Florida.

7. ACE received a copy of the Summons and Complaint on or about March 6, 2018. In accordance with 28 U.S.C. § 1446 and Rule 4.02, Local Rules, M.D. Fla., a complete copy of all process, pleadings, orders, and other papers for the instant cause of action is attached hereto as Composite Exhibit 'A.'

---

[1] Fla. Uniform Case No. Format: 292015CA004398A001HC

8. This Notice is filed within 30 days after service of the Second Amended Complaint which forms the basis for the instant cause of action and is timely. 28 U.S.C. § 1446(b).

9. Defendant ACE is a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania.

10. Now and at all times material hereto, Plaintiff William Lawrence is and was a resident of Florida, as alleged in Plaintiff's Complaint.

11. Complete diversity exists between the parties in accordance with 28 U.S.C. § 1332.

12. This is a declaratory judgment action seeking a determination regarding insurance coverage stemming from an alleged automobile negligence action.

13. Damages in controversy / being sought by the Plaintiff exceeds $75,000.* 28 U.S.C. § 1332(a). Specifically, Plaintiff alleges damages amounting to $400,000.00 pursuant to a settlement agreement between LAWRENCE, USAA CASUALTY, USAA UM, HERTZ CORPORATION and WINTERSTEEN.

14. This Court has jurisdiction over this matter, removal is proper and ACE hereby requests same.

15. Contemporaneously herewith, ACE is providing notice to all parties and a copy of this Notice of Removal is being filed with the Clerk of Court for the Circuit Court of the Thirteen Judicial Circuit, Hillsborough County, Florida.

For the reasons foregoing, Defendant, ACE AMERICAN INSURANCE COMPANY ("ACE") hereby removes this matter from the Circuit Court of the Thirteen Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division.

---

* Please Note: this information is being submitted with regard to the amount in controversy as it relates to federal jurisdiction and is not to be construed as an admission of liability by Defendant with respect to this action or damages alleged.

Dated this **27th** day of **March, 2018**.

> Respectfully Submitted:
> **BROWN SIMS**
> *Attorneys for the Defendant,*
> 4000 Ponce de Leon Blvd.
> Suite 603
> Coral Gables, FL 33146
> (305) 274-5507 – Office
> (305) 274-5517 – Fax
> mgreen@brownsims.com
>
> By: /s/ *Marlin K. Green*
> **MARLIN K. GREEN, ESQ.**
> Florida Bar No. 419532
> **STEVEN G. HAGERTY, ESQ.**
> Florida Bar No. 112004

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via E-mail and U.S. Mail to Counsel listed below on this, the **27th** day of **March, 2018.**

## SERVICE LIST

| Counsel for Plaintiff | Co-Counsel for Plaintiff |
|---|---|
| ANTHONY D. MARTINO, ESQUIRE | LAURA A TURBE, ESQUIRE |
| FBN: 12031 | FBN: 786411 |
| ANTHONY T. MARTINO, ESQUIRE | DERECK G. CAPAZ, ESQUIRE |
| FBN: 293601 | FBN: 705861 |
| CLARK MARTINO, P.A. | CAPAZ LAW FIRM, P.A. |
| 3407 W. Kennedy Blvd. | 601 South Boulevard, Suite 102 |
| Tampa, FL 33609 | Tampa, FL 33606 |
| PH: (813) 879-0700 | (813) 440-2700 |
| Fax: (813) 879-5498 | (813) 440-2701 Facsimile |
| Email: admartino@clarkmartino.com | Email: Service@CapazLaw.com |
| amartino@clarkmartino.com | Dcapaz@CapazLaw.com |
| rthorn@clarkmartino.com | Laura@CapazLaw.com |